UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS HAWKINS III, | ) | CASE NO. CV 14-4784-JFK (PJW) |
| Plaintiff, | ) ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) ) | AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, | ) ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.[1]  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

---

[1] After the Court issued its Report and Recommendation in this action, and during the period of time during which Plaintiff could file objections thereto, Plaintiff filed two motions under Federal Rule of Civil Procedure 60.  In addition to evaluating them under Rule 60, the Court has also liberally construed them as objections to the Report and Recommendation.  See Estelle v. Gamble, 429 U.S. 97, 106 (1976) (pleadings by pro se litigants are to be liberally construed).

IT IS THEREFORE ORDERED that Defendant's motion to dismiss be granted and that the action be dismissed with prejudice.

DATED: 2/13/15

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\1. LA14CV04784JAK-Order accep r&r.wpd