1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10   THOMAS HAWKINS,                 )   Case No. CV 14-4784-JAK (PJW)
                                     )
11                  Plaintiff,       )   J U D G M E N T
                                     )
12           v.                      )
                                     )
13   COUNTY OF LOS ANGELES,          )
                                     )
14                                   )
                   Defendant.        )
15   _____)

16        Pursuant to the Order Accepting Report and Adopting Findings,

17   Conclusions, and Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the action is dismissed with prejudice.

19        DATED: 2/13/15

20                                   _____

21                                   JOHN A. KRONSTADT
                                     UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28   C:\Users\jyerke\AppData\Local\Temp\notesC7A056\2. LA14CV04784JAK-judgment.wpd